District Judge Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WEN LI,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES, *et. al.*<br><br>    Defendants. | CASE NO.  2:20-cv-01842-BJR<br><br>STIPULATED MOTION AND<br>ORDER HOLDING CASE IN<br>ABEYANCE |

**JOINT STIPULATION**

Plaintiff brings this litigation pursuant to the Mandamus Act, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiff's I-829 petition. Dkt. # 1. Defendants have yet to answer the Complaint.

USCIS sent a Request for Evidence ("RFE") to Plaintiff on February 10, 2021. Plaintiff has until May 10, 2021 to respond, but counsel for Plaintiff has indicated that Plaintiff should be able to provide a response to the RFE well before that deadline.

To give Plaintiff sufficient time to respond to the RFE, and USCIS sufficient time to review Plaintiff's response, the parties, through their counsel, jointly request that the Court hold

STIPULATED MOTION AND ORDER HOLDING
CASE IN ABEYANCE
[2:20-cv-01842-BJR] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 this matter in abeyance for 75 days. The parties agree that this is an acceptable timeframe and

2 recognize the possibility that this process may moot Plaintiff's claims.

3       Accordingly, the parties STIPULATE and JOINTLY REQUEST that the Court hold this

4 case in abeyance and order the parties to file a joint status report within 75 days after entry of the

5 proposed Order. Moreover, the parties request that the Court VACATE its order setting initial

6 discovery deadlines. *See* Dkt. # 8.

7

8 **SO STIPULATED.**

Dated this 18th day of February, 2021

                                                                                                  /s/ *Cletus M. Weber*
CLETUS M. WEBER, WSBA # 19590
Peng & Weber, PLLC
3035 Island Crest Way
Mercer Island, Washington 98040
Phone: 206-382-1962
Fax: 206-382-0245
Email: weber@greencardlawyers.com

**SO STIPULATED.**

Dated this 18th day of February, 2021

                                                                                                  /s/ *Martin J. Lawler*
MARTIN J. LAWLER, CA # 77127
*Pro Hac Vice*
Lawler & Lawler
1045 Mason Street, Suite 401
San Francisco, California 94108
Phone: 415-391-2010
Email: mlawler@aboutvisas.com

//

//

STIPULATED MOTION AND ORDER HOLDING
CASE IN ABEYANCE
[2:20-cv-01842-BJR] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**SO STIPULATED.**

Dated this 18th day of February, 2021

BRIAN T. MORAN
United States Attorney

*/s/ James C. Strong*
JAMES C. STRONG, OR # 131597
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:  206-553-4073
E-mail:  james.strong@usdoj.gov

STIPULATED MOTION AND ORDER HOLDING
CASE IN ABEYANCE
[2:20-cv-01842-BJR] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ORDER

The Parties having so stipulated, the Court hereby ORDERS that this action shall be held in abeyance for 75 days from the date of this Order, and the parties shall file a Joint Status Report with the Court on or before the conclusion of the 75-day period to update the Court on the status of the adjudicative process and propose a schedule for further proceedings. The Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement is hereby VACATED. Dkt. # 8.

**IT IS SO ORDERED.**

Dated this 19th day of February, 2021.

*Barbara J. Rothstein*
BARBARA J. ROTHSTEIN
United States District Court Judge

STIPULATED MOTION AND ORDER HOLDING
CASE IN ABEYANCE
[2:20-cv-01842-BJR] - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970